Christopher DARBISI, Lucy Darbisi and Ronald Darbisi, Plaintiffs–Appellees,

v.

TOWN OF MONROE, Monroe Board of Police Commissioners, John Salvatore, Brian McCauley, Joseph Peabody and Frank Zullo, Defendants,

Jay Torreso, individually and as a police officer, Defendant–Appellant.

Docket No. 02–7308.

United States Court of Appeals, Second Circuit.

Dec. 16, 2002.

Michael C. Deakin, Law Offices of Peter D. Clark, Shelton, CT, for Appellant. Thomas Bucci, Jr., Bridgeport, CT, for Appellee.

Present CABRANES, POOLER, and KATZMANN, Circuit Judges.

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and hereby is **AFFIRMED.**

In this 42 U.S.C. § 1983 action, defendant Jay Torreso appeals the determination of the District Court that defendant is not entitled to qualified immunity in connection with his arrest of plaintiff Christopher Darbisi for allegedly lying to a police officer. The District Court held that because Conn. Gen.Stat. § 53a–167a(a), as interpreted by the Connecticut Supreme Court in *State v. Williams,* 205 Conn. 456, 534 A.2d 230 (1987), clearly does not permit a criminal action for lying to a police officer, Officer Torreso did not have arguable probable cause to make the arrest. *Darbisi v. Town of Monroe,* No. 3:00CV1446 (RNC) (D.Conn. Jan. 14, 2002). In rejecting Torreso's claim to qualified immunity, the District Court also denied summary judgment on plaintiff's false arrest, malicious prosecution, and unlawful retaliation claims. *Id.* We affirm

the judgment of the District Court with respect to qualified immunity substantially for the reasons stated in its opinion entered on January 14, 2002.

We have reviewed all of the defendant's arguments. For the reasons set forth above, the judgment of the District Court is **AFFIRMED.**